United States District Court
Southern District of Texas
**ENTERED**
September 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN BURUCA, individually and on behalf of all others similarly situated § § § | |
| VS § | CIVIL ACTION NO. 4:22-016 |
| § § | |
| WOK 1 § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on September 15, 2022 (Doc. No. 19), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further to the stipulation, the Court will retain jurisdiction to enforce settlement.

SIGNED at Houston, Texas, this ___16th___ day of September 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE